# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE JARAMILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>Respondent. | Case No. 1:23-cv-00414-SAB-HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR SECOND EXTENSION OF TIME<br><br>(ECF No. 9) |

On August 2, 2023, Respondent requested a second extension of time to file a response to the petition because more time is needed to obtain additional documents from another agency regarding Petitioner's immigration status. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that Respondent's request for an extension is GRANTED. The response is now due August 30, 2023.

IT IS SO ORDERED.

Dated: **August 7, 2023**

UNITED STATES MAGISTRATE JUDGE