# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE JARAMILLO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. MENDOTA,<br><br>Respondent. | Case No. 1:23-cv-00414-NODJ-SAB-HC<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE CONSENT/DECLINE FORM ON RESPONDENT |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 28, 2023, the Court issued findings and recommendation recommending that Respondent's motion to dismiss be granted and the petition be dismissed as moot. (ECF No. 13.) Although on May 25, 2023, the Court ordered Respondent to complete and return a Consent/Decline form indicating whether Respondent consents or declines to consent to the jurisdiction of a United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1), (ECF No. 5), it has come to the Court's attention that a Consent/Decline form was never served on Respondent.

///

///

///

Accordingly, the Court HEREBY DIRECTS the Clerk of Court to serve a Consent/Decline form on Respondent.[1]

IT IS SO ORDERED.

Dated: __**December 11, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that due to the recent appointment of Judge de Alba to the Ninth Circuit, no District Judge is currently assigned to the pending action. The parties are reminded that Magistrate Judges are available to conduct case dispositive proceedings, including motions to dismiss, motions for summary judgment, a jury or non-jury trial, and entry of a final judgment. However, exercise of this jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. Parties may consent, decline or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual party's holding or withholding of consent. The Court emphasizes that aside from the recent appointment leaving this case unassigned to an active District Judge, the District Judges in the Eastern District are among the busiest in the nation. (See ECF No. 40 entered in Case No. 1:20-cv-01069-ADA-SAB ("The parties are further advised that due to the judicial resource emergency and COVID pandemic, there are more than 130 motions currently under submission in Judge de Alba's recently re-assigned caseload. The Court understands the impact that such a backlog has on the parties and although the Court will continue working diligently to resolve all pending motions, it may still be months before the parties' pending motion is resolved. As such, in light of having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court strongly encourages the parties to consent to conduct all further proceedings before a U.S. Magistrate Judge.").)